## Patrick Phelan and Patrick W. Snowhook v. Mary Cuddy.

1.  MASTER'S REPORT—*When Not a Part of the Record.*—A master's
report does not become a part of the record by being incorporated
therein by stipulation of the parties.

**Memorandum.**—Appeal from the Circuit Court of Cook County; the
Hon. SAMUEL P. McCONNELL, Judge, presiding.  Submitted at the Octo-
ber term, 1894, and affirmed.  Opinion filed March 5, 1895.

FRANK H. GRAHAM, attorney for appellants.

WEIGLEY, BULKLEY & GRAY, attorneys for appellee.

MR. JUSTICE SHEPARD DELIVERED THE OPINION OF THE
COURT.

The certificate of the clerk to the transcript of the record
brought here is, that it is true, perfect and complete, except
as to the master's report, " the original of which being incor-
porated herein by the stipulation of the parties hereto."

The master's report is, therefore, no part of the record, and there appears no cause for reversing the decree. Carey v. Scherer, No. 5289, filed December 6, 1894.

It will therefore be affirmed.